AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
JOHN EDWARD CROWLEY

*Defendant*

)
)
)  Case: 1:22–mj–00184
)  Assigned To : Magistrate Judge Meriweather, Robin M.
)  Assign. Date : 8/16/2022
)  Description: Complaint w/ Arrest Warrant
)
)

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JOHN EDWARD CROWLEY
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3)(Civil Disorder)
18 U.S.C. § 1752(a)(1) (Entering and Remaining in Restricted Grounds)
18 U.S.C. § 1752(a)(2)(Disorderly and Disruptive Conduct in Restricted Grounds)

Date: 08/16/2022

City and state:   Washington, D.C.

2022.08.16 17:07:46 -04'00'

*Issuing officer's signature*

Robin M. Meriweather, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 8/16/2022, and the person was arrested on *(date)* 8/24/2022
at *(city and state)* Windermere, Florida.

Date: 8/24/2022

*Arresting officer's signature*

Task Force Officer
*Printed name and title*