AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:22–mj–00184 |
| JOHN EDWARD CROWLEY | ) Assigned To : Magistrate Judge Meriweather, Robin M. |
| | ) Assign. Date : 8/16/2022 |
| | ) Description: Complaint w/ Arrest Warrant |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JOHN EDWARD CROWLEY

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3)(Civil Disorder)
18 U.S.C. § 1752(a)(1) (Entering and Remaining in Restricted Grounds)
18 U.S.C. § 1752(a)(2)(Disorderly and Disruptive Conduct in Restricted Grounds)

Date: 08/16/2022

2022.08.16 17:07:46 -04'00'

*Issuing officer's signature*

City and state: Washington, D.C.

Robin M. Meriweather, United States Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 8/16/2022, and the person was arrested on *(date)* 8/24/2022
at *(city and state)* Windermere, Florida.

Date: 8/24/2022

*Arresting officer's signature*

Task Force Officer
*Printed name and title*

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

VS.                          **CASE NO: 6:22-mj-1851-DAB**

**JOHN EDWARD CROWLEY**,
**JONATHAN ALAN ROCKHOLT** and
**TYLER QUINTIN BENSCH**

AUSA: Kara Wick

Defense Attorney: Joseph Flynn, Retained Counsel
Karla Reyes, Federal Public Defender
Thomas Dale, Criminal Justice Act

| JUDGE: | **DAVID A. BAKER**<br>United States Magistrate Judge | DATE AND TIME: | **August 24, 2022**<br>2:04 P.M. – 2:22 P.M. |
|---|---|---|---|
| Courtroom: | 6D | TOTAL TIME: | 18 minutes |
| DEPUTY CLERK: | T. Palmer | REPORTER: | Digital<br>Orlando_Digital_Transcripts@flmd.uscourts.gov |
| INTERPRETER: | None | PRETRIAL/PROB: | Sofia Kollaian |

### CLERK'S MINUTES
### INITIAL APPEARANCE – RULE 5C

Case called, appearances made, procedural setting by the Court.
Court advises defendants of their rights, including Rule 20 rights.
Defendant Rockholt's ore tenus motion for court appointed counsel. Granted. Court appoints FPD.
Defendant Bensch's ore tenus motion for court appointed counsel. Granted. Court appoints CJA counsel.
Government advises defendant of the counts in the Complaint and potential penalties.
Defendants waive Rule 5 & 5.1 hearings. (Defendants Crowley and Rockholt waived preliminary and identity hearings, defendant Bensch waives as to preliminary hearing only).
Government ore tenus motion for release as to all defendants. Motion granted. Order Setting Conditions of Release to enter.
Court advises government of the requirements pursuant to the Due Process Protections Act.
Court adjourned.

Case 6:22-mj-01851-DAB Document 10 Filed 08/24/22 Page 1 of 1 PageID 51
Case 1:22-mj-00184-RMM Document 28 Filed 08/24/22 Page 3 of 11
AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.

CASE NO: 6:22-mj-1851-DAB

JOHN EDWARD CROWLEY

Charging District's
Case No. <u>1:22-mj-184</u>

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I, **John Edward Crowley**, understand that I have been charged in another district, the District of Columbia District Court

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2) an identity hearing to determine whether I am the person named in the charges;
(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;
(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise - unless I am indicted – to determine whether there is probable cause to believe that an offense has been committed;
(5) a hearing on any motion by the government for detention;
(6) request transfer of the proceedings to this district under Fed.R. Crim.P. 20, to plead guilty.

**I AGREE TO WAIVE MY RIGHT(s) TO:**

[X] an identity hearing and production of the warrant

[X] a preliminary hearing

[X] a detention hearing

[ ] an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

August 24, 2022

_____
Defendant's Signature

_____
Signature of defendant's attorney

Joseph C. Flynn
_____
Printed name of defendant's attorney

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

VS.                                                                  CASE NO: 6:22-mj-1851-DAB

JOHN EDWARD CROWLEY,
JONATHAN ALAN ROCKHOLT and
TYLER QUINTIN BENSCH

## FINDINGS AND ORDER ON REMOVAL PROCEEDINGS PURSUANT TO RULE 5(c), FED.R.CRIM.P.

John Edward Crowley, having been arrested and presented before me for removal proceedings pursuant to Rule 5(c), Federal Rules of Criminal Procedure, and having been informed of the rights specified in Rule 5(d) thereof, and of the provisions of Rule 20, the following has occurred of record.

An Initial Appearance on the Rule 5(c) Complaint from District of Columbia was held on August 24, 2022.

Based on the defendants' waivers of identity hearing, I find that JOHN EDWARD CROWLEY, JONATHAN ALAN ROCKHOLT and TYLER QUINTIN BENSCH are the persons named in the warrant for arrest, a copy of which has been produced.

No preliminary hearing has been held because the defendants have waived their rights to a preliminary hearing.

It is, therefore,

**ORDERED** that JOHN EDWARD CROWLEY, JONATHAN ALAN ROCKHOLT and TYLER QUINTIN BENSCH be held to answer in the district court in which the prosecution is pending.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on August 24, 2022 .

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA
v.                                                          Case No: 6:22-mj-1851-DAB

JOHN EDWARD CROWLEY,
JONATHAN ALAN ROCKHOLT
and TYLER QUINTIN BENSCH

## ORDER MODIFYING
## CONDITIONS OF RELEASE

Orders Setting Conditions of Release were entered on August 24, 2022 (doc. 14, 15, 16). The conditions of pretrial release regarding defendants John Edward Crowley, Jonathan Alan Rockholt and Tyler Quintin Bensch are modified as follows:

- Travel limited to within the United States and must notify Pretrial Services of any travel outside of the state of Florida.

- Refrain from visiting the District of Columbia unless for court related proceedings and meetings with counsel.

No other conditions of supervised release are modified by this order and all other previously imposed conditions shall remain in full force and effect.

DONE and ORDERED in ORLANDO, Florida on this 25th day of August, 2022.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States Attorney

Counsel of record
U.S. Pretrial Services

Case 6:22-mj-01500-DAB Document 18 Filed 08/25/2022 Page 2 of 2 PageID 66

Query   Reports   Utilities   Help   What's New   Log Out

U.S. District Court
Middle District of Florida (Orlando)
CRIMINAL DOCKET FOR CASE #: 6:22-mj-01851-DAB All Defendants

CLOSED

Case title: USA v. Crowley et al

Date Filed: 08/24/2022

Other court case number: 1:22-mj-184 District of Columbia District Court

Date Terminated: 08/24/2022

Assigned to: Magistrate Judge David A. Baker

### Defendant (1)

**John Edward Crowley**
*TERMINATED: 08/24/2022*

represented by **Joseph Charles Flynn , III**
NeJame Law, PA
189 S Orange Ave Ste 1800
Orlando, FL 32801-3261
407/245-1232
Email: trey@nejamelaw.com
*ATTORNEY TO BE NOTICED*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

**Disposition**

18:231.F CIVIL DISORDER,
18:1752.P RESTRICTED BUILDING
OR GROUNDS

Assigned to: Magistrate Judge David A. Baker

### Defendant (2)

| | |
|---|---|
| **Jonathan Alan Rockholt** <br> *TERMINATED: 08/24/2022* | represented by **Karla Mariel Reyes** <br> Federal Public Defender's Office <br> 201 S Orange Ave., Ste 300 <br> Orlando, FL 32801-3417 <br> 407/648-6338 <br> Email: karla_reyes@fd.org <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:231.F CIVIL DISORDER, <br> 18:1752.P RESTRICTED BUILDING OR GROUNDS | |

Assigned to: Magistrate Judge David A. Baker

### Defendant (3)

| | |
|---|---|
| **Tyler Quintin Bensch** <br> *TERMINATED: 08/24/2022* | represented by **Thomas H. Dale** <br> Dale Law Firm, PA |

                    PO Box 14
Orlando, FL 32802
407/245-7055
Fax: 407-425-7679
Email: dalelaworlando@outlook.com
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:1752.P RESTRICTED BUILDING OR GROUNDS | |

---

**Plaintiff**

| **USA** | represented by | **Kara Wick** |
|---|---|---|

US Attorney's Office
400 W Washington St. Suite 3100
Orlando, FL 32801
407-648-7526
Email: kara.wick@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/24/2022 | 1 | NOTICE OF ATTORNEY APPEARANCE: Joseph Charles Flynn, III appearing for John Edward Crowley, Jonathan Alan Rockholt, Tyler Quintin Bensch (Flynn, Joseph) (Entered: 08/24/2022) |
| 08/24/2022 | 2 | Arrest pursuant to Rule 5(c)(2) of John Edward Crowley, Jonathan Alan |

| | | |
|---|---|---|
| | | Rockholt, Tyler Quintin Bensch from the District of Columbia. (Attachments: # 1 District of Columbia Complaint)(TNP) (Entered: 08/24/2022) |
| 08/24/2022 | 3 | Minute Entry for In Person proceedings held before Magistrate Judge David A. Baker: INITIAL APPEARANCE in Rule 5(c)(3) proceedings held on 8/24/2022 as to John Edward Crowley, Jonathan Alan Rockholt, Tyler Quintin Bensch from the District of Columbia. (Digital) (TNP) (TNP). (Entered: 08/24/2022) |
| 08/24/2022 | 4 | ***CJA 23 Financial Affidavit by Jonathan Alan Rockholt. (TNP) (Entered: 08/24/2022) |
| 08/24/2022 | 5 | ***CJA 23 Financial Affidavit by Tyler Quintin Bensch. (TNP) (Entered: 08/24/2022) |
| 08/24/2022 | 6 | Ore Tenus MOTION to Appoint Counsel by Jonathan Alan Rockholt. (TNP) (Entered: 08/24/2022) |
| 08/24/2022 | 7 | **ORDER APPOINTING THE FEDERAL PUBLIC DEFENDER, granting 6 Ore Tenus Motion as to Jonathan Alan Rockholt (2). Signed by Magistrate Judge David A. Baker on 8/24/2022. (TNP)** (Entered: 08/24/2022) |
| 08/24/2022 | 8 | Ore Tenus MOTION to Appoint Counsel by Tyler Quintin Bensch. (TNP) (Entered: 08/24/2022) |
| 08/24/2022 | 9 | **ORDER APPOINTING CJA COUNSEL, granting 8 Ore Tenus Motion to Appoint Counsel as to Tyler Quintin Bensch (3). Signed by Magistrate Judge David A. Baker on 8/24/2022. (TNP)** (Entered: 08/24/2022) |
| 08/24/2022 | 10 | WAIVER of Rule 5 & 5.1 Hearings hearing by John Edward Crowley. (TNP) (Entered: 08/24/2022) |
| 08/24/2022 | 11 | WAIVER of Rule 5 & 5.1 Hearings hearing by Jonathan Alan Rockholt. (TNP) (Entered: 08/24/2022) |
| 08/24/2022 | 12 | WAIVER of Rule 5 & 5.1 Hearings hearing by Tyler Quintin Bensch. (TNP) (Entered: 08/24/2022) |
| 08/24/2022 | 13 | Ore Tenus MOTION for Release from Custody by USA as to John Edward Crowley, Jonathan Alan Rockholt, Tyler Quintin Bensch. (TNP) (Entered: 08/24/2022) |
| 08/24/2022 | 14 | **ORDER SETTING CONDITIONS OF RELEASE, granting 13 Ore Tenus Motion for Release from Custody as to John Edward Crowley (1). Signed by Magistrate Judge David A. Baker on 8/24/2022. (TNP)** (Entered: 08/24/2022) |
| 08/24/2022 | 15 | **ORDER SETTING CONDITIONS OF RELESAE, granting 13 Ore Tenus Motion for Release from Custody as to Jonathan Alan Rockholt (2). Signed by Magistrate Judge David A. Baker on 8/24/2022. (TNP)** (Entered: 08/24/2022) |

| | | |
|---|---|---|
| 08/24/2022 | 16 | **ORDER SETTING CONDITIONS OF RELEASE, granting 13 Ore Tenus Motion for Release from Custody as to Tyler Quintin Bensch (3). Signed by Magistrate Judge David A. Baker on 8/24/2022. (TNP)** (Entered: 08/24/2022) |
| 08/24/2022 | 17 | **ORDER OF REMOVAL pursuant to Rule 5(c)(3) to the District of Columbia as to John Edward Crowley, Jonathan Alan Rockholt, Tyler Quintin Bensch. Signed by Magistrate Judge David A. Baker on 8/24/2022. (TNP)** (Entered: 08/24/2022) |
| 08/24/2022 | | NOTICE to District of Columbia of a Rule 5 or Rule 32 Initial Appearance as to John Edward Crowley, Jonathan Alan Rockholt, Tyler Quintin Bensch regarding your case number: 1:22-mj-184. Using your PACER account, you may retrieve the docket sheet and any documents via the case number link. No documents/record will be sent. If you require certified copies of any documents please send a request to InterdistrictTransfer_FLMD@flmd.uscourts.gov. If you wish the court to use a different email address in the future, please send a request to update your address to InterdistrictTransfer_TXND@txnd.uscourts.gov. (TNP) (Entered: 08/24/2022) |
| 08/25/2022 | 18 | **ORDER MODIFYING CONDITIONS OF RELEASE as to John Edward Crowley, Jonathan Alan Rockholt, Tyler Quintin Bensch. Signed by Magistrate Judge David A. Baker on 8/25/2022. (TNP)** (Entered: 08/25/2022) |