UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

                                                       CASE NO: 1:22-mj-00184-RMM

    Plaintiff,

v.

BENJAMIN COLE,
BRIAN PRELLER,
JOHN EDWARD CROWLEY,
JONATHAN ROCKHOLT, and
TYLER QUINTIN BENSCH,

    Defendants.
_____/

## ORDER GRANTING MOTION FOR PRO HAC VICE ADMISSION OF ATTORNEY JOSEPH FLYNN FOR DEFENDANT JOHN EDWARD CROWLEY

This Court, having considered the Motion to Admit Pro Hac Vice Joseph Flynn as Counsel for Defendant, as well as good cause having been shown, it is hereby

    ORDERED that the Motion for Pro Hac Vice Admission is GRANTED; and it is further

    ORDERED that Joseph Flynn shall be permitted to appear and be heard on behalf of the Defendant in the above-captioned matter without the presence of local counsel. Furthermore, Joseph Flynn is permitted to execute all pleadings in this case without the necessity of Attorney Vincent Citro being required to also execute all pleadings in this case.

    SO ORDERED.

                                              _____
                                              **THE HONORABLE ROBIN M. MERIWEATHER**
                                              United States Magistrate Judge