UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                           CASE NUMBER: 1:22-MJ-00184-RMM-3

JOHN EDWARD CROWLEY,

      Defendant.
_____/

## NOTICE OF APPEARANCES

**COMES NOW,** Michael H. LaFay, Esquire and Trey Flynn, Esquire files their Notice of Appearances on behalf of the Defendant, John Edward Crowley, and hereby enters this Notice of Appearance on behalf of the defendant.

                                                    /s/Michael H. LaFay
                                                    Michael H. LaFay, Esquire
                                                    Florida Bar Number: 457728
                                                    Office: (407) 500-0000
                                                    Primary Email: lafaym@nejamelaw.com
                                                    Secondary Email: nita@nejamelaw.com

                                                    /s/ Trey Flynn
                                                    Trey Joseph Flynn, Esquire
                                                    Florida Bar Number: 47027
                                                    Office: (407) 500-0000
                                                    Primary Email: trey@nejamelaw.com
                                                    Secondary Email: jessica@nejamelaw.com

## REQUEST FOR DISCOVERY

Comes now, John Edward Crowley, by and through the undersigned attorneys, and hereby gives notice that the defendant will participate in all discovery allowed by the Federal Rules of Criminal Procedure in the above-captioned cause.

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 2nd day of November, 2022 I electronically filed the foregoing, with the Clerk of the Court, by using the CM/ECF system, which will send a Notice of Electronic Filing to all parties.

*/s/Michael H. LaFay*
Michael H. LaFay, Esquire
Florida Bar Number 0457728
Attorney for the Defendant
NeJame Law
189 S. Orange Avenue,
Suite 1800 Orlando, Florida 32801
Telephone:  (407) 500-0000
Facsimile: (407) 802-1438
Primary E-mail: lafaym@nejamelaw.com
Secondary Email: nita@nejamelaw.com

/s/ *Trey Flynn*
Trey Joseph Flynn, Esquire
Florida Bar Number: 47027
Attorney for the Defendant
NeJame Law
189 S. Orange Avenue,
Suite 1800 Orlando, Florida 32801
Telephone:  (407) 500-0000
Facsimile: (407) 802-1438
Primary Email: trey@nejamelaw.com
Secondary Email: jessica@nejamelaw.com