UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 22-mj-184 RMM |
| | : | |
| **BENJAMIN COLE,** | : | |
| **BRIAN PRELLER,** | : | |
| **JOHN EDWARD CROWLEY,** | : | |
| **JONATHAN ALAN ROCKHOLT, AND** | : | |
| **TYLER QUINTIN BENSCH** | : | |
| | : | |
| **Defendants.** | : | |

# ORDER

Upon consideration of the United States' motion to disclose items protected by Federal Rule of Criminal Procedure 6(e) and sealed materials, it is hereby

ORDERED, that the motion is GRANTED, and it is further

ORDERED, that the United States may provide in discovery materials protected by Federal Rule of Criminal Procedure 6(e), and it is further

ORDERED, that the United States may provide in discovery sealed materials, pursuant to the previously entered protective order governing discovery, and it is further

ORDERED, that this Order also applies to the disclosure of the materials described above to any co-defendants who may later be joined.


Date: _____        _____
HONORABLE ROBIN M. MERIWEATHER
U.S. DISTRICT/MAGISTRATE JUDGE